UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN WAYNE BONILLA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>EDMUND F. BRENNAN, et al.,<br><br>　　　　　Defendants. | No. 2:18-cv-2424 DB P<br><br>ORDER AND FINDINGS AND RECOMMENDATIONS |

　　　　Plaintiff is a state prisoner proceeding pro se. Plaintiff seeks relief pursuant to 42 U.S.C. § 1983. This proceeding was referred to by this court by Local Rule 302 pursuant to 28 U.S.C. § 636(b)(1).

　　　　On October 26, 2018, having determined that plaintiff is a three strikes litigant within the meaning of 28 U.S.C. § 1915(g), the court found that plaintiff is precluded from proceeding in forma pauperis. (See ECF No. 4). As a result, it directed him to pay the filing fee within twenty-one days prior to continuing with these proceedings or risk dismissal of the action. See id. Twenty-one days have passed, and plaintiff has neither responded to the court's order nor paid the filing fee.

　　　　Accordingly, IT IS HEREBY ORDERED that the Clerk of Court randomly appoint a United States District Court Judge to this matter.

////

1

IT IS FURTHER RECOMMENDED that this action be dismissed without prejudice for failure to pay the filing fee as required in light of 28 U.S.C. § 1915(g).

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, plaintiff may file written objections with the court. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

Dated: November 15, 2018

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:13
DB/ORDERS/ORDERS/PRISONER.CIVIL RIGHTS/boni2424.f&r.dsms.1915g